UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NBA PROPERTIES INC., et al.,<br><br>        Defendants. | Case No. 23-cv-05069-SI<br><br>**ORDER RE: DISCOVERY**<br><br>Re: Dkt. Nos. 74, 76 |

Plaintiff Thomas Fan and defendant Dapper Labs have submitted separate statements to the Court regarding a dispute over Dapper's responses to Fan's requests for production ("RFPs"). Fan seeks an order compelling Dapper "to affirmatively state whether it is withholding documents for each of [Fan's] RFPs, and to provide an end date for its 'rolling' production." Dkt. No. 74 at 1. Dapper responds that the dispute is not ripe because the parties are still meeting and conferring over Dapper's objections and the scope of the discovery requests.

The Court finds that the present dispute is not ripe for resolution. When the parties have finished their meet and confer process, if disputes remain about the adequacy of Dapper's responses, the parties shall file a joint letter in compliance with this Court's standing order, *see* https://cand.uscourts.gov/2023-05-31_si_standing-order/.

**IT IS SO ORDERED**.

Dated: July 23, 2024

SUSAN ILLSTON
United States District Judge