UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FAN,

                Plaintiffs,

     v.

NBA PROPERTIES INC., et al.,

                Defendants.

Case No.  23-cv-05069-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/22/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/27/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  4/2/2025

DESIGNATION OF EXPERTS:  5/2/2025; REBUTTAL: 7/2/2025
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  **TBD**

CLASS CERTIFICATION MOTIONS **SHALL** be filed by;  5/2/2025;
     Opp. Due:  6/6/2025; Reply Due:  7/7/2025;
     and set for hearing no later than 8/8/2025 at 10:00 AM.

     **IT IS SO ORDERED**.

Dated: August 14, 2024

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28