UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FAN, MATTHEW KIMOTO, and CLINTON BROWN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br><br>NBA PROPERTIES, INC. and DAPPER LABS, INC.,<br><br>            Defendants. | Case No. 3:23-cv-05069-SI<br><br>**[PROPOSED] ORDER PERMITTING MOTION FOR PRELIMINARY APPROVAL TO BE HEARD AT CASE MANAGEMENT CONFERENCE** |

Pursuant to the Parties Joint Stipulation to Continue Case Deadlines, and good cause appearing therefore, the Court hereby advances the hearing for Plaintiffs' motion for preliminary approval to August 15, 2025 at 10:00 a.m. and continues the Case Management Conference to that same date and time.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
Susan Illston
United States District Judge